CUMMINGS, Respondent, v. CORBIN MOTOR VEHICLE CO., Appellant. (Supreme Court, Appellate Division, First Department. February 3, 1911.) Action by George H. Cummings against the Corbin Motor Vehicle Company. G. H. Mitchell, for appellant. H. L. Moses, for respondent. No opinion. Judgment

and order affirmed, with costs. Order filed. See, also, 130 App. Div. 898, 115 N. Y. Supp. 1117.